**EXHIBIT 2**

**SOUTH CAROLINA**
DEPARTMENT OF CORRECTIONS
*Safety, Service, and Stewardship*

HENRY McMASTER, Governor
BRYAN P. STIRLING, Director

September 29, 2020

Justice 360
Ms. Lindsey S. Vann and Ms. Hannah L. Freedman
900 Elmwood Ave., Suite 200
Columbia, SC 29201

Kendrick & Leonard, PC
Mr. Joshua Snow Kendrick
1522 Lady St., Suite A
Columbia, SC 29201

Mr. Rob Lee
Attorney-at-Law
111 Witcover Street
Marion, SC 29571

Re: South Carolina Department (SCDC) of Corrections Execution Protocols

Dear Ms. Vann, Ms. Freedman, Mr. Kendrick and Mr. Lee:

Director Stirling asked that I review and respond to your correspondence of September 1, 2020. We appreciate you informing SCDC that Richard Moore, Brad Sigmon, and Freddie Owens are nearing the end of their judicial appellate review proceedings. The Attorney General's Office has given a similar timeframe for possible notices.

You have asked for the protocols for lethal injection and electrocution. First, as you are probably aware, we have publicly indicated that we do not have any of the drugs in our possession to perform an execution by lethal injection. Information about suppliers/and or compounders of the lethal injection drugs and information about security and medical personnel is not to be released given SCAG Opinion, 2015 WL 4699337. S.C. Code Section 24-3-580 prohibits the disclosure of the execution team member's identity or identifying information. The Attorney General opinion clarifies the meaning of "member of an execution team" broadly construing those terms and protecting the identities of individuals and companies involved in the process of an execution via lethal injection. We do not agree that you are entitled to the information you have requested. If you have authority for your request, please provide it to me.

P.O. Box 21787 - 4444 Broad River Road - Columbia, SC 29221-1787 - Telephone (803) 896-8555
http://www.doc.sc.gov     Email: corrections.info@doc.sc.gov

Ms. Vann et al.
September 29, 2020
Page 2

The SCDC protocols to carry out an execution, whether by lethal injection or electrocution, have been developed and implemented over the years with the safety and security of all involved in mind. We continue to look at our processes in light of COVID-19. As you would agree, preventive measures to contain this disease have been quickly evolving. SCDC does have an extensive COVID-19 protocol that is on our website. We are also working on updating any preventive measures to be used during an execution during COVID-19.

Please forward any future correspondence related to execution protocols to me. If you have any questions, please let me know.

Sincerely,

Salley W. Elliott
Chief Legal and Compliance Officer

cc:     Mr. Bryan P. Stirling, Director of the South Carolina Department of Corrections
        Honorable Alan Wilson, South Carolina Attorney General