**EXHIBIT 5**

STATE OF SOUTH CAROLINA    )
                           )      NOTICE OF ELECTION
COUNTY OF RICHLAND         )

I, Richard Bernard Moore #6003, pursuant to Section 24-3-530, <u>South Carolina</u> <u>Code of Laws</u>, 1976 as amended, hereby elect electrocution as the method for execution.

S/ _Refusing to sign_
Richard Bernard Moore #6003

Dated: 11-20-20

WITNESSES:

_Regional Director Willie Davis_

_A/W [signature]_

I can not make a selection at this time to Method because my attorney and I do not have information for the protocals. By not selecting does not mean I wave my right to select.

Richard B. Moore
11/20/2020

_Jacqueline Murrell_

JACQUELINE MURRELL
Notary Public
South Carolina
My Comm. Expires April 27, 2026

STATE OF SOUTH CAROLINA )
                                             )       NOTICE OF ELECTION
COUNTY OF RICHLAND )

I, Richard Bernard Moore #6003, pursuant to Section 24-3-530, <u>South Carolina Code of Laws</u>, 1976 as amended, hereby elect lethal injection as the method for execution.

S/ *Refuse to sign*
Richard Bernard Moore #6003

Dated: 11-20-20

WITNESSES:

*Regional Director Willie Davis*

*A/W Jn Jr*

I can not make a *good* selection at this time to the method because my attorney and I do not have information for the protocals. By not selecting does not mean I *g* wave my right to select.

Richard B. Moore
11/20/2020

Jacqueline Murrell

JACQUELINE MURRELL
Notary Public
South Carolina
My Comm. Expires April 27, 2026