**EXHIBIT 7**

# The Supreme Court of South Carolina

The State, Respondent,

v.

Richard Bernard Moore, Appellant.

Appellate Case No. 2001-021895

---

ORDER

---

On November 6, 2020, the Clerk of this Court issued an execution notice setting the execution of Appellant for Friday, December 4, 2020. Because Appellant waived his right to elect the method of his execution, section 24-3-530 of the South Carolina Code (2007) provides the penalty must be administered by lethal injection. The Court has now been advised the South Carolina Department of Corrections does not have, and will not be able to obtain, the drugs required for execution by lethal injection by December 4, 2020. Accordingly, we stay the execution until the South Carolina Department of Corrections advises the Court it has the ability to perform the execution as required by the law.

_____ C.J.
_____ J.
_____ J.
_____ J.
_____ J.

Columbia, South Carolina
November 30, 2020

cc:    Lindsey Sterling Vann, Esquire
       Hannah Lyon Freedman, Esquire
       John H. Blume, III, Esquire
       Donald J. Zelenka, Esquire
       Melody Jane Brown, Esquire
       W. Edgar Salter, III, Esquire
       Barton Jon Vincent, Esquire
       Alan McCrory Wilson, Esquire
       Whitney Boykin Harrison, Esquire
       Gerald Malloy, Esquire
       Daniel C. Plyler, Esquire