# EXHIBIT 8



ALAN WILSON
ATTORNEY GENERAL

January 11, 2021

The Honorable Daniel E. Shearouse
Clerk, South Carolina Supreme Court
P.O. Box 11330
Columbia, South Carolina   29211

Re:    *Brad Keith Sigmon v. Bryan P. Stirling, Commissioner,*
       *South Carolina Department of Corrections, et al.*, 20-6166

Dear Mr. Shearouse:

Today, the Supreme Court of the United States issued an Order List, in which the Court denied Mr. Sigmon's Petition for Writ of Certiorari. (See Attached Order List, p. 11). This concludes Mr. Sigmon's federal habeas corpus proceedings. Mr. Sigmon does not currently have any pending action challenging either his convictions or sentence. The State is not aware of any stay in place to prevent the issuance of the execution notice since the District Court stay, issued August 21, 2013 pursuant to 28 U.S.C. § 2251 (a)(1), only continued while the habeas corpus proceeding was pending.

By copy of this letter I am serving opposing counsel, Joshua S. Kendrick, Esquire, and Megan E. Barnes, Esquire, along with Barton J. Vincent, Esquire, counsel for the South Carolina Department of Corrections, with this letter and the Supreme Court's Order List.

Sincerely,

Melody J. Brown
Senior Assistant Deputy Attorney General

MJB/abb
Enclosure

cc:    Joshua S. Kendrick, Esquire (w/copy of SCOTUS Order);
       Megan E. Barnes, Esquire (w/copy of SCOTUS Order);
       Salley W. Elliott, Esquire (w/copy of SCOTUS Order);
       Barton J. Vincent, Esquire (w/copy of SCOTUS Order);
       The Honorable W. Walter Wilkins, Solicitor, Seventh
              Judicial Circuit (w/copy of SCOTUS Order);
       Victim Advocacy Division (w/copy of SCOTUS Order).

(ORDER LIST: 592 U.S.)

MONDAY, JANUARY 11, 2021

CERTIORARI -- SUMMARY DISPOSITIONS

20-234        IMMIGRATION AND CUSTOMS, ET AL. V. PADILLA, YOLANY, ET AL.

The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of *Department of Homeland Security* v. *Thuraissigiam*, 591 U. S. ___ (2020).

20-306    )  OLAN, ROBERT, ET AL. V. UNITED STATES
         )
         )     The petition for a writ of certiorari is granted.  The
         )
         )  judgment is vacated, and the case is remanded to the United
         )
         )  States Court of Appeals for the Second Circuit for further
         )
         )  consideration in light of *Kelly* v. *United States*, 590 U. S. ___
         )
         )  (2020).
         )
20-5649  )  BLASZCZAK, DAVID V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Second Circuit for further consideration in light of *Kelly* v. *United States*, 590 U. S. ___ (2020).

20-5123      HAYES, CARDELL A. V. LOUISIANA

20-5363      JONES, REGINALD V. LOUISIANA

The motions of petitioners for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted.

1

The judgments are vacated, and the cases are remanded to the Court of Appeal of Louisiana, Fourth Circuit for further consideration in light of *Ramos* v. *Louisiana*, 590 U. S. ___ (2020).

## ORDERS IN PENDING CASES

20A97    VINKOV, SERGEI V. USDC CD CA

The application for stay addressed to Justice Thomas and referred to the Court is denied.

20M46    STEWART, CHARLIE L. V. LUMPKIN, DIR., TX DCJ, ET AL.

The motion to direct the Clerk to file a petition for a writ of certiorari out of time is denied.

19-1434  )  UNITED STATES V. ARTHREX, INC., ET AL.
         )
19-1452  )  SMITH & NEPHEW, INC., ET AL. V. ARTHREX, INC., ET AL.
         )
19-1458  )  ARTHREX, INC. V. SMITH & NEPHEW, INC., ET AL.

The motion of the Acting Solicitor General for divided argument is granted.

19-1442  )  CARR, WILLIE E., ET AL. V. SAUL, ANDREW M.
         )
20-105   )  DAVIS, JOHN J., ET AL. V. SAUL, ANDREW M.

The motions of petitioners to dispense with printing the joint appendix is granted.

20-37    )  AZAR, SEC. OF H&HS, ET AL. V. GRESHAM, CHARLES, ET AL.
         )
20-38    )  ARKANSAS V. GRESHAM, CHARLES, ET AL.

The motion of the Acting Solicitor General to dispense with printing the joint appendix is granted.

20-402   RICHARDSON, CHAD, ET UX. V. OMAHA SCHOOL DISTRICT

The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

2

20-512  )  NCAA V. ALSTON, SHAWNE, ET AL.
        )
20-520  )  AM. ATHLETIC CONFERENCE, ET AL. V. ALSTON, SHAWNE, ET AL.

           The motion of petitioners to dispense with printing the
           joint appendix is granted.

20-639     CALVARY CHAPEL DAYTON VALLEY V. SISOLAK, GOV. OF NV, ET AL.

           The respondents are directed to file a response to the
           petition on or before noon, Tuesday, January 19, 2021.
           Petitioner may file a reply brief on or before noon, Thursday,
           January 21, 2021.

20-799     WOOD, L. LIN V. RAFFENSPERGER, BRAD, ET AL.

20-809     WARD, KELLI V. JACKSON, CONSTANCE, ET AL.

20-810     KELLY, MIKE, ET AL. V. PENNSYLVANIA, ET AL.

20-815     KING, TIMOTHY, ET AL. V. WHITMER, GOV. OF MI, ET AL.

           The motions of petitioners to expedite consideration of the
           petitions for writs of certiorari are denied.

20-816     IN RE CORECO J. PEARSON, ET AL.

           The motion of petitioners to expedite consideration of the
           petition for a writ of mandamus is denied.

20-845     DONALD J. TRUMP FOR PRESIDENT V. BOOCKVAR, SEC. OF PA, ET AL.

20-882     TRUMP, DONALD J., ET AL. V. BIDEN, JOSEPH R., ET AL.

20-883     TRUMP, DONALD J. V. WI ELECTIONS COMMISSION, ET AL.

           The motions of petitioners to expedite consideration of the
           petitions for writs of certiorari are denied.

20-5566    WILSON, JOHN J. V. FLORIDA, ET AL.

20-5638    CATERBONE, STANLEY J. V. LANCASTER COUNTY PRISON, ET AL.

20-5659    ROBLES, GABRIEL M. V. WILKIE, SEC. OF VA

           The motions of petitioners for reconsideration of orders
           denying leave to proceed *in forma pauperis* are denied.

3

20-6093    ABUTALEB, HANY S. V. ABUTALEB, MONA M.

20-6152    LUQUIN-CORONEL, REYNA E. V. ROSEN, ACTING ATT'Y GEN.

20-6234    MOYNIHAN, KAREN V. WEST CHESTER AREA SCHOOL DIST.

20-6283    BROWNLEE, ROBERT V. CAPOZZA, SUPT., FAYETTE

          The motions of petitioners for leave to proceed *in forma pauperis* are denied. Petitioners are allowed until February 1, 2021, within which to pay the docketing fees required by Rule 38(a).

## CERTIORARI DENIED

19-1143    FMC CORPORATION V. SHOSHONE-BANNOCK TRIBES

19-1363    ROBLES, CARLOS E. V. ROSEN, ACTING ATT'Y GEN.

19-1441    AUSTIN, TX V. PAXTON, ATT'Y GEN. OF TX, ET AL.

19-1476    VANTAGE ENERGY SERVICES, ET AL. V. EEOC

19-8650    CAMPBELL, SEBASTIAN A. V. MARYLAND

19-8661    SANTOS, JUSTO J. V. UNITED STATES

19-8668    WHITESIDE, LEMUEL V. ARKANSAS

19-8799    JOHNMAN, JAMES V. UNITED STATES

19-8838    MEDINA, MAGDALENO V. UNITED STATES

19-8898    EFTHIMIATOS, ANGELO P. V. UNITED STATES

20-47      LEBAMOFF ENTERPRISES, ET AL. V. WHITMER, GRETCHEN, ET AL.

20-132     MOODSTERS CO. V. WALT DISNEY CO., ET AL.

20-139     IWAI, BRYANT K. V. UNITED STATES

20-150     THERMOLIFE INTERNATIONAL LLC V. IANCU, ANDREI

20-202     MASSIE, ROBERT V. MENA, BASILEA

20-216     BOSE, PRIANKA V. BEA, ROBERTO, ET AL.

20-217     BALTER, RICHARD V. UNITED STATES

20-239     SOLORZANO-GUERRERO, JUAN C. V. ROSEN, ACTING ATT'Y GEN.

20-244     FAYED, JAMES M. V. CALIFORNIA

20-250      POOLE, MARK A. V. FLORIDA

20-256      JORDAN, ZAVIAN M. V. UNITED STATES

20-272      MARYLAND, ET AL. V. ROGERS, JIMMIE

20-293      BRISTOL-MYERS SQUIBB CO., ET AL. V. NEW MEXICO, EX REL. BALDERAS

20-301      HENNIS, TIMOTHY B. V. UNITED STATES

20-304      WORLD PROGRAMMING LTD. V. SAS INSTITUTE, INC.

20-332      HURCHALLA, MAGGY V. LAKE POINT PHASE I, LLC, ET AL.

20-333      BOZEMAN FIN. LLC V. FED. RESERVE BANK OF ATL, ET AL.

20-351      CAREY, NORRIS P. V. THROWE, JOANNE, ET AL.

20-360      SHINN, DIR., AZ DOC, ET AL. V. JENSEN, SHAWN, ET AL.

20-361      COURTNEY, JAMES, ET AL. V. DANNER, DAVID, ET AL.

20-365      JACK DANIEL'S PROPERTIES, INC. V. VIP PRODUCTS LLC

20-370      BUGARENKO, KONSTANTIN V. ROSEN, ACTING ATT'Y GEN.

20-378      NORTH CYPRESS MEDICAL, ET AL. V. CIGNA HEALTHCARE, ET AL.

20-407      MASSENBURG, NANCY V. ITS, INC., ET AL.

20-410      NTCH, INC. V. FCC, ET AL.

20-423      GARROTT, LaQUANDA G. V. UNITED STATES

20-426      HUNTRESS, WILLIAM L., ET AL. V. UNITED STATES

20-441      MINNESOTA SANDS, LLC V. CTY. OF WINONA, MN

20-456      ELDER, MICHAEL V. UNITED STATES

20-457      MARKETGRAPHICS, INC V. BERGE, DAVID P.

20-464      ROSEMOND, JAMES J. V. UNITED STATES

20-471      Y. W. V. AUFIERO, PATRICIA, ET AL.

20-488      BHARGAVA, SANGEETA V. MORTGAGE ELEC. SYS.

20-490      FREEMAN, DAMIEN V. WAINWRIGHT, WARDEN

20-491      HERNANDEZ, SANDY P. V. TEXAS

20-495      STANLEY, CHAREE V. EXPRESSJET AIRLINES, INC.

20-496      WEINBERG, LYNN V. BORT, DEBORAH

20-498      GARCIA, SONIA, ET VIR V. BLEVINS, WESLEY, ET AL.

20-502      MASCARA, KEN, ET AL. V. BRYANT, VIOLA

20-503      KURBANOV, TOFIG V. UMG RECORDINGS, INC., ET AL.

20-506      VINKOV, SERGEI V. SMITH, MARK, ET AL.

20-509      MONALIM, JONNAVEN JO, ET UX. V. HAWAIIUSA FEDERAL CREDIT UNION

20-511      GEORGE, CHRIS V. VIRGIN ISLANDS

20-515      PHILADELPHIA INDEMNITY INSURANCE V. GATEWAY HOSPITALITY, ET AL.

20-516      McCOY, D'ANN S. V. OUEDRAOGO, BOUREIMA

20-522      PORTER, XAVIER D. V. UNITED STATES

20-530      BURBANK, HAROLD H. V. CHIEF DISCIPLINARY COUNSEL

20-532      HUANG, XIAOHUA V. HUAWEI TECHNOLOGY CO.

20-538      RENTBERRY, INC., ET AL. V. SEATTLE, WA

20-540      HEGLAND, DAVID, ET AL. V. HANNA, NICOLA T.

20-541      MACDONALD, JAMES V. KEMPINSKY, LOUIS E., ET AL.

20-545      TERRELL, BARBARA D. V. RENNER, JOHN L.

20-556      SPECIAL SERVICES BUREAU, INC. V. CIRCUIT COURT OF WV

20-557      AGUIRRE-CHAVEZ, ENRIQUE V. ROSEN, ACTING ATT'Y GEN.

20-560      SULLIVAN, BRIAN, ET AL. V. NASSAU CTY. INTERIM FIN., ET AL.

20-562      YEARWOOD, JOHN, ET AL. V. DEPT. OF INTERIOR, ET AL.

20-571      WEISSHAUS, YOEL V. PORT AUTH. OF NY AND NJ

20-582      KIFAYATUTHELEZI, SHADRECK V. SC DOC, ET AL.

20-583      DAILEY, MITZI E. V. ATT'Y GRIEVANCE COMM'N OF MD

20-588      WAINWRIGHT, WARDEN V. SEXTON, JASON S.

20-590      PANKOE, RYAN V. PANKOE, LAURA

20-592      HALLMARK CARE SERV., ET AL. V. SUPERIOR COURT OF WA, ET AL.

20-593      HALLMARK CARE SERV., ET AL. V. SUPERIOR COURT OF WA, ET AL.

20-594      BERRY, RICHARD S. V. STATE BAR OF AZ

20-596      SCOTT, LEROY E. V. ST. PETERSBURG, FL, ET AL.

20-597      JEFFERY, WISDOM V. BROOKS, WARDEN

20-598      KRATZ, JEFFREY F. V. NATIONSTAR MORTGAGE, LLC

20-600      SEVY, ANTHONY V. BARACH, PHILIP

20-607      DREVALEVA, TATYANA E. V. ALAMEDA HEALTH SYSTEM

20-610      HOWLAND, LINDA L. V. KELLY, MICHAEL, ET AL.

20-611      DOYLE, ROBERT J. V. VIGILANTE, JACQUELINE M.

20-614      KERR, THOMAS D. V. KERR, HEIDI L.

20-616      DURR, STEPHEN V. DEPT. OF ARMY, ET AL.

20-617      CALIFORNIA VIRTUAL ACADEMIES V. CA PUB. EMPLOY. RELATIONS BD.

20-619      R. S., ET AL. V. BD. OF ED. SHENENDEHOWA, ET AL.

20-620      WILLIAMS, ANTHONY D., ET AL. V. CIR

20-623      GURVEY, AMY R. V. COWAN, LIEBOWITZ & LATMAN, ET AL

20-624      GOLDEN, LARRY V. APPLE INC.

20-625      FINDLER, JOSEPH V. WRAY, DIR., FBI, ET AL.

20-627      E. H. V. FL DEPT. OF AGRICULTURE

20-631      HOLOGIC, INC., ET AL. V. MINERVA SURGICAL, INC.

20-632      FYK, JASON V. FACEBOOK, INC.

20-635      SOO LINE RAILROAD CO. V. CONSOLIDATED RAIL CORP., ET AL.

20-640      WELSH GOVERNMENT V. PABLO STAR LTD., ET AL.

20-644      PENDERGRASS, TERRENCE V. UNITED STATES

20-646      BAGGOTT, MICHAEL T. V. FLORIDA

20-647      AZALA, RACHID V. ROSEN, ACTING ATT'Y GEN.

20-650      STADTWERKE FRANKFURT V. RWE TRADING AMERICAS INC.

20-651      COOK CHILDREN'S MEDICAL CENTER V. T. L., ET AL.

20-652      GEORGIOU, GEORGE V. UNITED STATES

20-653      HAMILTON, HENRY V. HAYTI, MO, ET AL.

20-654      RIPA, ANTHONY J. V. STONY BROOK UNIVERSITY

20-655      SUN, XIU J. V. LAWRENCE, R. CRAIG, ET AL.

20-656    KINGHORN, ROBERT, ET AL. V. UNITED STATES

20-663    CULPEPPER, PETER R. V. PROVECTUS BIOPHARMACEUTICALS

20-664    JOUKOV, ARTEM M. V. OFFICE OF THE STATE ATTORNEY

20-670    DILLARD, JILL, ET AL. V. O'KELLEY, KATHY, ET AL.

20-673    FRATERNAL ORDER OF POLICE V. CHICAGO, IL

20-675    LONE STAR SILICON INNOVATIONS V. IANCU, ANDREI

20-680    LODER, LEE W. V. ICEMAKERS, INC.

20-681    LARKIN, DANIEL E., ET UX. V. CIR

20-682    KOLODZIEJCZYK, TOMASZ V. ROSEN, ACTING ATT'Y GEN.

20-684    TAGGER, BENJAMIN V. STRAUSS GROUP LTD.

20-686    SHOCK, MICHAEL V. ARKANSAS

20-687    ALLEN, WALTER L. V. UNITED STATES

20-689    FOSTER, MICHAEL L. V. UNITED STATES

20-692    WEBSTER, ROSEMARY, ET AL. V. FRESENIUS MEDICAL CARE HOLDINGS

20-693    FRIDMAN, MIKHAIL, ET AL. V. ORBIS BUSINESS, ET AL.

20-698    HEADMAN, ALAN V. HANSEN, ROYAL I., ET AL.

20-703    KINNEY, WILLIAM, ET AL. V. URBAN HOUSING DEVELOPMENT

20-705    JAYE, CHRIS V. UNITED STATES

20-710    GROVE, JOHN V. GROOME, STEPHEN A., ET AL.

20-713    DE PAULINO, ROSA V. V. NYC DEPT. OF EDUCATION, ET AL.

20-715    HERSI, JIBRIL A. V. SHELDON, WARDEN

20-721    GARDING, KATIE V. MONTANA

20-729    MITJANS, JUAN C. V. EGI-VSR, LLC

20-731    WINFIELD, PAUL V. U.S. PROBATION SERV., ET AL.

20-736    FRASCH, ADAM V. FLORIDA

20-741    ANDERSON, TACARA V. VAZQUEZ, JONATHAN

20-747    GARY, PETER F., ET AL. V. JTC HOLDINGS, LLC

20-751    KRAPACS, ASHLEY A. V. FLORIDA BAR

| | | |
|---|---|---|
| 20-754 | | VON WEINGARTEN, ALBERT V. CHESTER, LONNIE |
| 20-761 | | CAMPBELL, AUSTIN J. V. MISSOURI |
| 20-774 | | PARISI, GEORGIANNA V. DAYTON BAR ASSOCIATION, ET AL. |
| 20-778 | | GROSE, ANTHONY T. V. MNUCHIN, SEC. OF TREASURY |
| 20-780 | | AGUILLARD, JOE W. V. LOUISIANA COLLEGE |
| 20-788 | | VEASY, WILBUR S., ET AL. V. JIM FOGLEMAN LODGE #50 |
| 20-5064 | ) | BROWN, TONY V. UNITED STATES |
| 20-5074 | ) ) | BANKS, III, ROBERT V. UNITED STATES |
| 20-5090 | | THOMAS, RONALD L. V. UNITED STATES |
| 20-5184 | | WILLIAMS, RICHARD B. V. UNITED STATES |
| 20-5202 | | COLLINS, JEROME V. UNITED STATES |
| 20-5278 | | WHITEHEAD, MELVIN V. UNITED STATES |
| 20-5285 | | JONES, MELVIN L. V. UNITED STATES |
| 20-5308 | | HORTON, TAMMY V. METHODIST UNIV. |
| 20-5341 | | BECERRA, ERIK V. UNITED STATES |
| 20-5342 | | AVILA, RIGOBERTO V. TEXAS |
| 20-5355 | | COX, EDDIE D. V. UNITED STATES |
| 20-5416 | | CURE, ROOSEVELT V. FLORIDA |
| 20-5417 | | ROBINSON, RASHEED L. V. UNITED STATES |
| 20-5485 | | MOSS, MAURICE V. FLORIDA |
| 20-5486 | | MILES, SPENCER E. V. FLORIDA |
| 20-5517 | | GARDNER, SCOTTY R. V. ARKANSAS |
| 20-5537 | | ALEXANDER, ANDERSON V. UNITED STATES |
| 20-5539 | | RUMZIS, GINGER G. V. SAUL, ANDREW M. |
| 20-5578 | | WALKER, STEVEN G. V. UNITED STATES |
| 20-5639 | | CAIN, TJ V. UNITED STATES |
| 20-5746 | | FINNESY, BRANDON T. V. UNITED STATES |
| 20-5775 | | ANGELES, NATALIE V. UNITED STATES |

9

20-5784    JEFFRIES, CEDRIC V. OHIO

20-5801    ROGERS, JAMES V. FLORIDA

20-5828    CARTER, RODERICK A. V. CPC LOGISTICS, INC., ET AL.

20-5840    MILLER, JAMES R. V. UNITED STATES

20-5874    LARD, JERRY V. ARKANSAS

20-5954    McDONALD, MERYL S. V. FLORIDA

20-5996    HOWARD, JAMAAL V. LUMPKIN, DIR., TX DCJ

20-6014    VICK, JASPER L. V. BERNARD, CLEMENT F., ET AL.

20-6017    GODFREY, TRACEY V. GUYER, WARDEN

20-6019    GIVENS, GREG P. V. YATES, CLYDE, ET AL.

20-6021    ALLEN, WILLIAM V. BATTS, CANDICE, ET AL.

20-6025    McMANUS, STEVEN V. VANN, SUPT., ALTONA

20-6026    NEWKIRK, KENNETH H. V. KISER, WARDEN

20-6028    PEDRO, CARMENCITA M. V. CITY FITNESS LLC, ET AL.

20-6035    WILLIAMS, RANDY V. SC WORKERS' COMPENSATION, ET AL.

20-6036    WASHINGTON, TORREY V. CLARKE, DIR., VA DOC

20-6039    McBRIDE, EARL V. LUMPKIN, DIR., TX DCJ

20-6040    BULLOCK, CHARLIE B. V. CLARKE, DIR., VA DOC

20-6053    RIECHMANN, DIETER V. FL DOC, ET AL.

20-6060    SMILEY, BENJAMIN D. V. FLORIDA

20-6063    SAMEER, MADHU V. RIGHT MOVE 4 U, ET AL.

20-6072    MARAGLINO, DOROTHY G. V. ESPINOSA, WARDEN, ET AL.

20-6077    PINNEY, JOHNATHAN V. ILLINOIS, ET AL.

20-6080    POSEY, DAVID R. V. FLORIDA

20-6081    ALBERT-SHERIDAN, LENORE L. V. STATE BAR OF CA, ET AL.

20-6096    BROWN, DIEUSEUL V. NICKLAUS, WARDEN

20-6097    MARTINEZ, FRANCISCO J. V. GONZALEZ, ADOLFO

20-6099  )  MOORE, MALCOLM V. UNITED STATES
         )
20-6427  )  WILSON, MARQUIS V. UNITED STATES

20-6107     MAPLES, LARRY M. V. LUMPKIN, DIR., TX DCJ

20-6111     MOORE, DOROTHY V. BD. OF REVIEW, ET AL.

20-6113     WOGENSTAHL, JEFFREY V. SHOOP, WARDEN

20-6115     TAYLOR, WARREN S. V. VIRGINIA

20-6120     TIPPINS, JOHNNY V. NWI-1, INC, ET AL.

20-6125     JONES, EDWARD V. TRAYLOR, WILLIAM, ET AL.

20-6126     JONES, EDWARD V. EDWARD, CANDACE, ET AL.

20-6127     TART, JERMAINE A. V. VIGUS, JAMESE, ET AL.

20-6131     SMITH, DEANDRE M. V. WISCONSIN

20-6132     COFFEE, MOSE B. V. WISCONSIN

20-6136     BARNABY, OWEN W. V. WITKOWSKI, BRET, ET AL.

20-6139     ALVARADO, PEDRO V. INCH, SEC., FL DOC

20-6144     KUNTZ, DAVID A. V. CALIFORNIA

20-6158     BROCKINGTON, CLARA L. V. SC DEPT. OF SOC. SERV., ET AL.

20-6159     BRUCE, NELSON L. V. PENTAGON FED. CREDIT UNION

20-6160     BLANKUMSEE, AZANIAH V. WEST, WARDEN, ET AL.

20-6166     SIGMON, BRAD K. V. STIRLING, COMM'R, SC DOC, ET AL.

20-6174     CHILDS, MARJORY V. WESTERN TIDEWATER COM. SERV. BD.

20-6175     WALKER, RICO V. LAUGHLIN, WARDEN

20-6176     WEATHERS, BRANDON J. V. FRAKES, DIR., NE DOC

20-6177     DAVIS, JOHN L. V. GOODYEAR POLICE DEPT., ET AL.

20-6181     SHAREEF, HASAN V. MOORE, CAPTAIN, ET AL.

20-6187     JACKSON, ROBIN E. V. COUNTY OF SACRAMENTO, ET AL.

20-6194     VODICKA, BRIAN E. V. TOBOLOWSKY, MICHAEL B., ET AL.

20-6202     WOOTEN, JIMMY D. V. ARKANSAS

20-6203     RACHEL O. V. AK DEPT. OF HEALTH

20-6205    CARAFFA, ALFRED E. V. USDC AZ

20-6206    JOHNSON, TRAVIS V. ILLINOIS

20-6207    COOPER, STEVEN V. BAY COUNTY, FL, ET AL.

20-6208    JACKSON, IRA L. V. INCH, SEC., FL DOC, ET AL.

20-6219    LYNCH, SASCHA V. CHAO, ALLEN, ET AL.

20-6222    WHITE, BRENDA L. V. YANG ACUPUNCTURE, ET AL.

20-6223    WHITE, BRENDA L. V. TAVEL

20-6224    WHITE, BRENDA L. V. ELITE BEVERAGES

20-6228    LE, HELEN V. DWYER, MOLLY, ET AL.

20-6229    JOHNSON, JERRY E. V. McREYNOLDS, ERIN

20-6232    PETERSON, BRIAN D. V. REWERTS, WARDEN

20-6233    MOTE, KRISHNA V. MURTIN, JAMES W., ET AL.

20-6235    MONTANO, MARIO V. COURT OF APPEALS OF MI

20-6239    MOHAMMED, ABDUL V. PRAIRIE STATE LEGAL SERVICES

20-6240    RICHARDS, KYLE B. V. TASKILA, WARDEN

20-6245    DAVIS, JOVON C. V. CHAPMAN, WARDEN

20-6250    BOX, KYLE A. V. NEW YORK

20-6251    BYERS, TIMOTHY T. V. UNITED STATES

20-6252    BOYLE, DAVID V. SHOOP, WARDEN

20-6253    SEALED APPELLANT V. SEALED APPELLEE

20-6254    LOPEZ, ROBERTO Y. V. UNITED STATES

20-6256    VALENTINE, ELET V. PNC FINANCIAL SERVICES, ET AL.

20-6257    DAVIS, FINNIS V. LUMPKIN, DIR., TX DCJ

20-6258    CAMPBELL, ARTHUR L. V. GAUSE, CYNTHIA, ET AL.

20-6261    DESJARDINS-RACINE, DAMIEN E. V. UNITED STATES

20-6262    BROWN, DANIEL T. V. JOHNSON, ADM'R, NJ, ET AL.

20-6263    ABDULRAZZAK, HAIDER S. V. FLUKE, WARDEN, ET AL.

20-6264    ABDELSALAM, MOHAMMED A. V. ROSEN, ACTING ATT'Y GEN.

12

20-6265    AGUILAR, ALFREDO V. UNITED STATES

20-6266    SALAS, MARIO V. UNITED STATES

20-6268    ROBERTS, BRYAN K. V. TEXAS

20-6269    GARDNER, GILBERT M. V. MARYLAND

20-6271    BETTON, CORDARRYL A. V. UNITED STATES

20-6273    BARRETT, JEROME S. V. PARRIS, WARDEN

20-6274    JUAREZ, FERNANDO V. UNITED STATES

20-6276    FRESSADI, AREK R. V. ARIZONA, ET AL.

20-6277    STUCKS, PERCY A. V. FLORIDA

20-6281    RATLIFF, KEVIN L. V. UNITED STATES

20-6282    THOMAS, DARIUS T. V. UNITED STATES

20-6285    WILLIAMS, BRITTANY S. V. UNITED STATES

20-6286    ARAGON, RUBEN V. WILLIAMS, DIR., CO DOC, ET AL.

20-6288    SNYDER, ALLEN V. VANNOY, WARDEN

20-6290    SANCHEZ, ORLANDO V. UNITED STATES

20-6292    RICHEY, ALONTE D. V. UNITED STATES

20-6293    GRIFFIN, RAYMOND A. V. UNITED STATES

20-6298    BUTLER, CARLTON V. UNITED STATES

20-6299    LEYVA-PERAZA, BRAYAN J. V. UNITED STATES

20-6301    WALL, ALFORNIA J. V. UNITED STATES

20-6304    AL-FAREKH, MUHANAD V. UNITED STATES

20-6306    GILLIAM, PHILLIP L. V. UNITED STATES

20-6309    URENA-VILLA, EMILIO V. UNITED STATES

20-6311    DAVIS, RUSSELL V. UNITED STATES

20-6313    MERRITT, KEVIN V. UNITED STATES

20-6314    McCLURES, JOVON A. V. UNITED STATES

20-6316    PUBIEN, MICKEY V. UNITED STATES

20-6317    PETTY, ROBERT V. INDIANA

| | |
|---|---|
| 20-6320 | CARTER, DIANNE M. V. PELLICANE, THOMAS, ET AL. |
| 20-6324 | LAIRD, MICHAEL C. V. UNITED STATES |
| 20-6326 | BENNETT, ADAM D. V. UNITED STATES |
| 20-6327 | CARROLL, TERRY C. V. UNITED STATES |
| 20-6328 | MAYHALL, CHRISTOPHER D. V. UNITED STATES |
| 20-6330 | MACIAS, BENJAMIN V. UNITED STATES |
| 20-6332 | SALYERS, CECIL V. KENTUCKY |
| 20-6335 | SIKES, DUANE A. V. UNITED STATES |
| 20-6338 | SMITH, JAMES H. V. COOK, WARDEN |
| 20-6340 | FARRACE, ROBERT V. UNITED STATES |
| 20-6341 | HARRIMAN, JASON V. UNITED STATES |
| 20-6342 | GUTIERREZ, PEDRO V. UNITED STATES |
| 20-6343 | FERNANDES, ASHLEY V. MASSACHUSETTS |
| 20-6346 | MORRIS, DEMARCUS D. V. UNITED STATES |
| 20-6348 | O'BRIEN, WILLIAM J. V. UNITED STATES |
| 20-6350 | DOZIER, ESAU V. NEVEN, WARDEN, ET AL. |
| 20-6360 | WILKINS, ROBERT H. V. UNITED STATES |
| 20-6362 | AVALOS-RIVERA, VICTOR M. V. UNITED STATES |
| 20-6363 | CABEZAS, ANDRES F. V. UNITED STATES |
| 20-6364 | DAVIS, DONOVAN G. V. USDC MD FL |
| 20-6370 | MERRITT, DAVID V. MAY, WARDEN, ET AL. |
| 20-6372 | ASHE, WILLIE E. V. UNITED STATES |
| 20-6375 | NWEME, MOLIKA A. V. UNITED STATES |
| 20-6376 | HARSTINE, SEAN J. V. UNITED STATES |
| 20-6378 | WHITE, BRENDA L. V. WISHARD HOSPITAL |
| 20-6380 | HESTER, CHINA V. UNITED STATES |
| 20-6381 | ANASTASIO, DOMENICO V. UNITED STATES |
| 20-6382 | EPLION, RANDALL A. V. UNITED STATES |

14

20-6389     MARTINEZ-RODRIGUEZ, TOMAS V. UNITED STATES

20-6390     CABRERA, RIGOBERTO V. UNITED STATES

20-6392     GAKUBA, PETER V. UNITED STATES

20-6394     HAGAR, MICHAEL A. V. UNITED STATES

20-6397     CORNEJO, DOUGLAS V. PFEIFFER, WARDEN

20-6402     TREANTOS, ERIC V. UNITED STATES

20-6403     MATTINGLY, CASEY V. DUVAL COUNTY JAIL, ET AL.

20-6405     CATO, JOSHUA V. UNITED STATES

20-6406     CUDDINGTON, JEFFREY N. V. UNITED STATES

20-6408     FERNANDEZ-VARGAS, JOSE H. V. UNITED STATES

20-6412     ST. HILAIRE, ROBERT V. UNITED STATES

20-6415     BURLEIGH, LARRY A. V. UNITED STATES

20-6418     HARRIS, MICHAEL A. V. UNITED STATES

20-6420     ESPINOZA, OSCAR U. V. UNITED STATES

20-6423     LEE, BYRON V. AT&T SERVICES, INC., ET AL.

20-6426     FARIAS-VALDOVINOS, JOSE V. UNITED STATES

20-6434     MADERO-DIAZ, JULIAN V. UNITED STATES

20-6435     JONES, CHRISTOPHER V. UNITED STATES

20-6437     PENA, TOMMY V. UNITED STATES

20-6438     MOLINA, HECTOR D. V. FOX, WARDEN

20-6439     PATTERSON, SIDNEY V. UNITED STATES

20-6440     TOSCANO, BENJAMIN K. V. ADAM, NANCY, ET AL.

20-6442     MOORE, JONAIR T. V. UNITED STATES

20-6446     COTTO-FLORES, YAIRA T. V. UNITED STATES

20-6449     BROWN, ANTHONY D. V. UNITED STATES

20-6450     YERKES, LEE V. UNITED STATES

20-6451     WHITE, GENESIS J. V. UNITED STATES

20-6455     WADE, PATRICIA A. V. TRUSTEES OF IN UNIV., ET AL.

20-6461    MORRIS, JUAN V. UNITED STATES

20-6463    MURILLO, ALEX V. UNITED STATES

20-6464    MORENO-RODRIGUEZ, BENITO V. UNITED STATES

20-6465    TILLERY, DAMONTAZE M. V. UNITED STATES

20-6467    HOWARD, CRAIG V. UNITED STATES

20-6470    WILSON, FREDERICK D. V. UNITED STATES

20-6482    MOFFITE, DERRICK V. MISSISSIPPI

20-6485    COLLINS, QINARD L. V. INCH, SEC., FL DOC, ET AL.

20-6508    HARRIS, JESSE V. UNITED STATES

20-6523    BROOKS, JASON L. V. JORDAN, WARDEN

20-6581    HANZLIK, KIMBERLY V. JOSEPH, SUPT., BEDFORD HILLS

       The petitions for writs of certiorari are denied.

19-1389    TEXAS DEMOCRATIC PARTY, ET AL. V. ABBOTT, GOV. OF TX, ET AL.

       The petition for a writ of certiorari before judgment is
denied.

20-136    DOZIER, TREMAYNE T. V. UNITED STATES

       The petition for a writ of certiorari is denied.   Justice
Barrett took no part in the consideration or decision of this
petition.

20-276    GIBSON, CHRISTOPHER M. V. SEC, ET AL.

       The motion of Pacific Legal Foundation for leave to file a
brief as *amicus curiae* is granted.   The petition for a writ of
certiorari is denied.

20-405    MIAMI GARDENS, FL V. WELLS FARGO & CO., ET AL.

       The motion of International Municipal Lawyers Association
for leave to file a brief as *amicus curiae* is granted.   The
petition for a writ of certiorari is denied.

20-427          POLK COUNTY, WI V. J. K. J., ET AL.

20-510          IQVIA INC. V. FLORENCE MUSSAT, M.D., S.C.

The petitions for writs of certiorari are denied.  Justice
Barrett took no part in the consideration or decision of these
petitions.

20-519          STATE BAR OF CA, ET AL. V. ALBERT-SHERIDAN, LENORE L.

The motion of respondent for leave to proceed *in forma
pauperis* is granted.  The petition for a writ of certiorari is
denied.

20-523          OTWORTH, CLARENCE M. V. PNC BANK

The petition for a writ of certiorari is denied.  Justice
Alito took no part in the consideration or decision of this
petition.

20-527          GUSKIEWICZ, KEVIN, ET AL. V. DTH MEDIA CORP., ET AL.

The motion of Victim Advocacy Groups for leave to file a
brief as *amici curiae* is granted.  The petition for a writ of
certiorari is denied.

20-553          PA VOTERS ALLIANCE, ET AL. V. CENTRE COUNTY, PA, ET AL.

The petition for a writ of certiorari before judgment is
denied.

20-589          McDONALD, REED K. V. EAGLE COUNTY, CO, ET AL.

The petition for a writ of certiorari is denied.  Justice
Gorsuch took no part in the consideration or decision of this
petition.

20-707          JOHNSON, DUANE J. V. WILSON, WARDEN

The petition for a writ of certiorari is denied.  Justice
Kagan took no part in the consideration or decision of this
petition.

17

20-712      BURLAKA, LEONID, ET AL. V. CONTRACT TRANSPORT SERVICES, LLC

            The petition for a writ of certiorari is denied.  Justice
            Barrett took no part in the consideration or decision of this
            petition.

20-714      SACCOCCIA, STEPHEN A. V. UNITED STATES, ET AL.

20-722      WILLIAMSON, RODNEY A. V. UNITED STATES

            The petitions for writs of certiorari are denied.  Justice
            Kagan took no part in the consideration or decision of these
            petitions.

20-737      B/E AEROSPACE, INC. V. C&D ZODIAC, INC.

            The petition for a writ of certiorari is denied.  Justice
            Breyer and Justice Alito took no part in the consideration or
            decision of this petition.

20-767      O'BRIEN, JESSICA A. V. UNITED STATES

            The petition for a writ of certiorari is denied.  Justice
            Barrett took no part in the consideration or decision of this
            petition.

20-6031     TALLEY, DURWYN V. USDC SD IL

20-6056     JONES, MATTHEW V. CAPIRO, JOSE

            The motions of petitioners for leave to proceed *in forma
            pauperis* are denied, and the petitions for writs of certiorari
            are dismissed.  See Rule 39.8.

20-6078     VREELAND, DELMART V. ZUPAN, WARDEN, ET AL.

            The petition for a writ of certiorari is denied.  Justice
            Gorsuch took no part in the consideration or decision of this
            petition.

20-6114     TONG, SHONG-CHING V. SUPERIOR COURT OF CA, ET AL.

20-6128     LIVIZ, ILYA V. SUPREME COURT OF MA

18

20-6145    KELLY, ANTHONY Q. V. BISHOP, WARDEN, ET AL.

20-6171    BAPTISTE, KENNETH E. V. KOENIG, WARDEN

The motions of petitioners for leave to proceed *in forma pauperis* are denied, and the petitions for writs of certiorari are dismissed. See Rule 39.8.

20-6183    HATTON, TIMOTHY N. V. SEVIER, SUPT., NEW CASTLE

The petition for a writ of certiorari is denied. Justice Barrett took no part in the consideration or decision of this petition.

20-6217    RANGEL, ADRIAN V. MEYER, STEVEN P., ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8.

20-6345    DeCARLO, THOMAS R. V. UNITED STATES

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*).

20-6365    CROSBY, GREGORY D. V. TRUE, WARDEN

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. Justice Gorsuch took no part in the consideration or decision of this motion and this petition.

19

20-6366     RILEY, JAMES W. V. DELAWARE

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin* v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992) (*per curiam*). Justice Alito took no part in the consideration or decision of this motion and this petition.

20-6377     MARTIN, ANTHONY C. V. FOWLER, LARRY, ET AL.

The petition for a writ of certiorari is denied. Justice Barrett took no part in the consideration or decision of this petition.

### HABEAS CORPUS DENIED

20-6421     IN RE TIMOTHY J. RICHARDS

20-6587     IN RE MARIE J. TANAMOR-STEFFAN

20-6616     IN RE THERESA ROMAIN

20-6634     IN RE KAREN D. CHADES

The petitions for writs of habeas corpus are denied.

20-6536     IN RE VINODH RAGHUBIR

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of habeas corpus is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the

petition is submitted in compliance with Rule 33.1.  See *Martin*
v. *District of Columbia Court of Appeals*, 506 U. S. 1 (1992)
(*per curiam*).

### MANDAMUS DENIED

20-626      IN RE ROBERT A. HEGHMANN

20-726      IN RE STEPHANIE MICHAEL

20-760      IN RE LIBBY A. DEMERY

20-6270     IN RE DERRICK HOWELL

            The petitions for writs of mandamus are denied.

20-6119     IN RE NIRA WOODS

            The petition for a writ of mandamus and/or prohibition is
            denied.

20-6287     IN RE ANTONIO AKEL

            The motion of petitioner for leave to proceed *in forma*
            *pauperis* is denied, and the petition for a writ of mandamus is
            dismissed.  See Rule 39.8.  Justice Kagan took no part in the
            consideration or decision of this motion and this petition.

### PROHIBITION DENIED

20-6164     IN RE THERESA S. ROMAIN

            The petition for a writ of prohibition is denied.

### REHEARINGS DENIED

19-1277     THORPE, DAVID V. DUMAS, DEXTER, ET AL.

19-1342     MULCAHY, EDWARD V. ASPEN PITKIN CO. HOUSING AUTH.

19-1419     HENRY-BEY, MICHAEL A. V. CASTRO, HECTOR, ET AL.

19-5267     ST. HUBERT, MICHAEL V. UNITED STATES

19-6594     INGRAHAM, DAVID V. FLORIDA

19-8446     TWITTY, ANTHONY S. V. SMITH, SUPT., HOUTZDALE, ET AL.

19-8458     ALLEN, DERRICK M. V. JORDAN, PHILLIP, ET AL.

21

| | |
|---|---|
| 19-8648 | McNEAL, VERNON W. V. FLEMING, C/O, ET AL. |
| 19-8684 | HILL, BRIAN D. V. USDC MD NC |
| 19-8690 | WHEELER, JIMMY L. V. INCH, SEC., FL DOC |
| 19-8701 | RAYMOND, ROGER A. V. USDC SD |
| 19-8716 | PEPKE, ERIC M. V. UNITED STATES |
| 19-8724 | GARRY, MICHAEL V. TRANE CO. |
| 19-8728 | HARRELL, JOSHUA V. CALIFORNIA |
| 19-8769 | SHUMAKE, DARYLL V. VIRGINIA |
| 19-8793 | R. W. V. DAUPHIN CTY. SOCIAL SERV. |
| 19-8801 | JONES, TICHINIA, ET AL. V. LAMAR CO., LLC |
| 19-8834 | DUTTA-ROY, MONOSIJ V. JYSK BED'N LINEN |
| 20-13 | LAVERGNE, BRANDON S. V. CAIN, WARDEN, ET AL. |
| 20-112 | HERNANDEZ, SHERRY V. PNMAC MORTGAGE INVESTORS, ET AL. |
| 20-187 | CHUKWUANI, OKWUDILI F. V. SOLON CITY SCHOOL DISTRICT |
| 20-242 | CAVE, NORINE S. V. DELTA DENTAL, ET AL. |
| 20-247 | BELANUS, DUANE R. V. DUTTON, LEO, ET AL. |
| 20-248 | ROUNDS, IRVING F. V. KOCH, CHARLES, ET AL. |
| 20-329 | SOWELL, JULIE M., ET AL. V. TINLEY, RENEHAN & DOST, ET AL. |
| 20-344 | MYERS, JON V. MYERS, SONDRA, ET AL. |
| 20-348 | MERCER, GREGORY S. V. VEGA, E. A. |
| 20-364 | WILKINS, THOMAS V. USDC ED CA |
| 20-484 | WOODS, PATRICIA L. V. STORMS, ROBERT, ET AL. |
| 20-5020 | ALLEN, DERRICK M. V. TRI-LIFT NORTH CAROLINA, ET AL. |
| 20-5025 | AMOS, EDDIE M. V. BOWEN, TOMMY |
| 20-5043 | RIZK, JIPING V. DEFENSE FINANCE AND ACCOUNTING |
| 20-5048 | BOWMAN, JOSH L. V. BOYD, WARDEN |
| 20-5084 | ELLIS, PRISCILLA A. V. UNITED STATES |
| 20-5188 | BARNES, ADELSO V. DOWLING, WARDEN |

| | |
|---|---|
| 20-5211 | DOBSON, MICHAEL A. V. STOLLE, COLIN D., ET AL. |
| 20-5236 | IN RE RUSSELL ROPE |
| 20-5247 | BURNSIDE, AVERN L. V. REWERTS, WARDEN |
| 20-5289 | SANDERSON, JUSTIN W, V. FOLEY, WARDEN |
| 20-5291 | JOHNSON, DEXTER L. V. MARLAR, JOHN |
| 20-5329 | SCYPHERS, DOUGLAS D. V. WASHINGTON |
| 20-5509 | PUGH, CHRISTOPHER L. V. DELOACH, WARDEN |
| 20-5518 | VANCE, LEWIS J. V. BUCHANAN, WARDEN |
| 20-5519 | WANKE, RICHARD V. ILLINOIS |
| 20-5525 | BAILEY, LARRY R. V. UNITED STATES, ET AL. |
| 20-5541 | SACHS, BETSY V. BANK OF AMERICA, N.A. |
| 20-5567 | AMES, LINDA V. HSBC BANK USA |
| 20-5572 | WITKIN, MICHAEL A. V. LOTERSZTAIN, MARIANA, ET AL. |
| 20-5623 | STEFANYUK, MAKSIM V. UNITED STATES |
| 20-5693 | IN RE TERRON G. DIZZLEY |
| 20-5731 | IN RE BRENT L. ALFORD |
| 20-5750 | STAPLES, CHESTER A. V. LUMPKIN, DIR., TX DCJ |
| 20-5765 | BORDEN, DANIEL F. V. SWARTHOUT, WARDEN |

The petitions for rehearing are denied.

| | |
|---|---|
| 19-8630 | LUSSY, RICHARD C. V. LUSSY, HENRY, ET AL. |
| 20-5028 | LUSSY, RICHARD C. V. DAHOOD, WADE J. |
| 20-5029 | LUSSY, RICHARD C. V. LUSSY, HENRY P. |

The petitions for rehearing are denied. The Chief Justice took no part in the consideration or decision of these petitions.

| | |
|---|---|
| 19-1343 | IN RE EDWARD STARLING |

The motion for leave to file a petition for rehearing is denied. Justice Kavanaugh took no part in the consideration or

decision of this motion.

19-1470      GURROLA, SAMUEL A. V. WALGREEN CO.

          The motion for leave to file a petition for rehearing is

denied.

Cite as: 592 U. S. ____ (2021)          1

Statement of THOMAS, J.

# SUPREME COURT OF THE UNITED STATES

## NIKKI BRUNI, ET AL. *v.* CITY OF PITTSBURGH, PENNSYLVANIA, ET AL.

### ON PETITION FOR WRIT OF CERTIORARI TO THE UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 19–1184.   Decided January 11, 2021

The petition for a writ of certiorari is denied.

Statement of JUSTICE THOMAS respecting the denial of certiorari.

The city of Pittsburgh, like many jurisdictions, has created "buffer zones" around abortion clinics. These zones often impose serious limits on free speech. Many even prohibit certain one-on-one conversations. In 2000, we upheld one such law, determining that it survived under the First Amendment because it satisfied intermediate scrutiny. *Hill* v. *Colorado*, 530 U. S. 703 (2000). Our use of intermediate scrutiny there, however, "is incompatible with current First Amendment doctrine as explained in *Reed* [v. *Town of Gilbert*, 576 U. S. 155 (2015)] and *McCullen* [v. *Coakley*, 573 U. S. 464 (2014)]." *Price* v. *Chicago*, 915 F. 3d 1107, 1117 (CA7 2019). For example, these more recent decisions establish that strict scrutiny is the proper standard of review when a law targets a "specific subject matter . . . even if it does not discriminate among viewpoints within that subject matter." *Reed*, 576 U. S., at 169.

I agree with the Court's decision not to take up this case because it involves unclear, preliminary questions about the proper interpretation of state law. But the Court should take up this issue in an appropriate case to resolve the glaring tension in our precedents.