**EXHIBIT 11**

# The Supreme Court of South Carolina

The State, Respondent,

v.

Brad Keith Sigmon, Appellant.

Appellate Case No. 2002-024388

The Honorable The Honorable Joseph J. Watson
Greenville County
Trial Court Case Nos. 2001GS2307630,
2001GS2307631, 2001GS2307629

## EXECUTION NOTICE

TO THE HONORABLE BRYAN P. STIRLING, DIRECTOR OF THE SOUTH CAROLINA DEPARTMENT OF CORRECTIONS:

This is to notify you that the sentence of death imposed in the above case from which an appeal has been taken has been affirmed and finally disposed of by the Supreme Court of South Carolina and the remittitur has been sent to the Clerk of the Court of General Sessions.

IT IS, THEREFORE, required of you by Section 17-25-370 of the Code of Laws of South Carolina to execute the judgment and sentence of death imposed on said defendant on the fourth Friday after the service upon you or receipt of this notice.

Let a copy of this notice be served immediately upon the defendant.

_____
CLERK

Columbia, South Carolina
January 21, 2021


cc:  Donald J. Zelenka, Esquire
     Melody Jane Brown, Esquire
     Megan Elizabeth Barnes, Esquire
     Joshua Snow Kendrick, Esquire
     Alan McCrory Wilson, Esquire